IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| Michael Pitts, et al | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:20-cv-768 (LMB/IDD) |
| Volkswagen Group of America, Inc., | ) |
| Defendant. | ) |

**JUDGMENT**

Pursuant to the order of this Court entered on February 10, 2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendants' and against the plaintiffs.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
S.Heading
Deputy Clerk

Dated: 2/10/2021
Alexandria, Virginia